# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal Nos. 12-125 |
| ) | |
| DAMON BOYD, ) | Judge Cathy Bissoon |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's Motion (Doc. 379) for reduction of sentence is denied.

Defendant's ineffective assistance assertions are not properly raised under 18 U.S.C. § 3582(c)(1)(A)(i). *See* United States v. Handerhan, 789 F. App'x 924, 926 (3d Cir. 2019) ("The terms of neither the statute nor its policy statement provide for release on the basis of arguments . . . that were or could have been raised on direct appeal or in a § 2255 motion, let alone for defendants . . . who already have completed a § 2255 proceeding and who are subject to the restrictions on filing second or successive § 2255 motions."). And to the extent Defendant premises his claim for relief on a generalized threat of the COVID-19 pandemic, his motion necessarily fails under circuit precedent. *See* United States v. Raia, 954 F.3d 594, 597 (3d Cir. 2020) ("[T]he mere existence of COVID-19 in society and the possibility that it may spread to a particular prison alone cannot independently justify compassionate release . . . .").

Therefore, Defendant's Motion (**Doc. 379**) for modification of sentence is **DENIED**.

IT IS SO ORDERED.

November 7, 2022

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):
All Counsel of Record